UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. ~~5:13mj~~ 3:13mc67

FILED
CHARLOTTE, NC
APR 11 2013
US District Court
Western District of NC

In Re: 19201-B NC Highway 88
Creston, Ashe County, NC
Deed Book 504, Page 53

FILE IN GRANTOR INDEX UNDER:

KAMRAN REZAPOUR and
TINA I. REZAPOUR

ORDER
AND LIS PENDENS

Return to:

Thomas R. Ascik
Assistant United States Attorney
United States Attorney's Office
Room 233, U.S. Courthouse
100 Otis Street
Asheville, NC 28801
828-271-4661

WHEREAS, the United States of America, by and through Paul Pierce, a Special Agent (SA) with the United States Food and Drug Administration Office of Criminal Investigations ("FDA-OCI"), has presented an affidavit to the Court alleging that the above-captioned property facilitated wire and mail fraud, in violation of 18 U.S.C. §§ 1341 and 1343; and smuggling, in violation of 18 U.S.C. §§ 542 and 545, and,

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property facilitated wire and mail fraud, in violation of 18 U.S.C. §§ 341 and 1343, and smuggling in violation of 18 U.S.C. §§ 542 and 545, and,

WHEREAS, upon this finding of probable cause, the property may be subject to criminal or civil forfeiture to the United States pursuant to 18 U.S.C. §§ 981 and 982 and 21 U.S.C. § 853, and the government is entitled to record a *lis pendens* to give public notice of the government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property; and,

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository to prevent the flight or transfer of the property so that the United States may initiate action to adjudicate forfeiture of the property; and,

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property is subject to forfeiture to the United States in a present or future criminal or civil *in rem* action before this Court, and any person who has a question as to this action should contact: Thomas R. Ascik, Assistant U.S. Attorney, Room 233, U.S. Courthouse, 100 Otis Street, Asheville, NC 28801

This the 11th day of April 2013.

SO ORDERED

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE