IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13MC67-RJC-DSC

| | |
|---|---|
| IN RE: 19201-B NC HIGHWAY 88 ) <br> CRESTON, ASHE COUNTY NC ) <br> DEED BOOK 504, PAGE 53 ) <br> ) <br> _____ ) <br> ) <br> FILE IN GRANTOR INDEX UNDER: ) <br> KAMRAN REZAPOUR and ) <br> TINA I. REZAPOUR ) | ORDER <br><br> RELEASING <br><br> ORDER AND LIS PENDENS |

THIS MATTER is before the Court on the Government's Motion to Release Order and Lis Pendens.

The Government represents that there is insufficient equity in the subject property to warrant forfeiture.

For good cause shown, IT IS THEREFORE ORDERED THAT the Order and Lis Pendens as to the following property is hereby dismissed:

Real property located at 19201-B NC Highway 88, Creston, Ashe County, North Carolina, more particularly described in a deed at Book 504, Page 53, in the Ashe County Public Registry

The Government is directed to file a certified copy of this Order Releasing Order and Lis Pendens in the appropriate office of the Register of Deeds and/or Clerk of Superior Court.

**SO ORDERED**.

Signed: November 8, 2013

David S. Cayer
United States Magistrate Judge